AARON DICHTER, RESPONDENT, v. HARRY ISAACSON ET AL., APPELLANTS.

Submitted May 27, 1927—Decided October 17, 1927.

For the respondent, *Joseph J. Mutnick, Jr.*

For the appellants, *Winfield S. Angleman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.